# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 13, 2025

---

## NO. 03-24-00731-CV

---

**Edgar Humberto Paez, Appellant**

**v.**

**Myriam Rodriguez, Appellee**

---

## APPEAL FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
## AFFIRMED -- OPINION BY JUSTICE ELLIS

---

This is an appeal from the judgment signed by the trial court on September 5, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.